JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRELL ANDERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELO, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-07165-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: October 4, 2016

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge